In the Matter of the Application of CHARLES A. LORETO, Appellant, to Determine and Enforce an Attorney's Lien in the Action of FORTUNATA MASTROBUONO in an Action Entitled FORTUNATA MASTROBUONO, Plaintiff, against CARMEN LANGE, as Sole Surviving Executrix of the Estate of LUDWIG KUENSTLER, Deceased, Defendant. CARMEN LANGE, FIRST NATIONAL BANK AND TRUST CO. OF TUCKAHOE and Others, Respondents.— Order, so far as appealed from, directing a reference to determine attorney's lien of Charles A. Loreto upon the judgment and proceeds of an action, unanimously reversed, with twenty dollars costs and disbursements to the appellant, and the motion granted fixing the amount of peti-

tioner's lien as provided for by the written retainer and directing the enforcement of the same. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.